STATE OF LOUISIANA                     NO. 24-KH-525

VERSUS                                 FIFTH CIRCUIT

ELGIGANTE WILLIAMS                     COURT OF APPEAL

                                       STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 08, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** ELGIGANTE WILLIAMS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LEE V. FAULKNER, JR., DIVISION "P", NUMBER 18-927

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Marc E. Johnson

### REQUEST FOR HABEAS CORPUS RELIEF DENIED

Relator, Elgigante Williams, *pro se*, seeks *habeas corpus* relief that would allow him to assert a claim of factual innocence and obtain a contradictory hearing based on "newly discovered" evidence, which he contends is supported by affidavits. For the following reasons, relator's request is denied.

On April 1, 2019, relator pled guilty to armed robbery, a violation of La. R.S. 14:64, and illegal possession of a firearm by a convicted felon, a violation of La. R.S. 14:95.1. Relator was sentenced to 20 years imprisonment at hard labor for the armed robbery conviction, and to 10 years imprisonment at hard labor on the firearm conviction, with the sentences to run concurrently. The district court further sentenced relator to an additional 5 years imprisonment at hard labor pursuant to La. R.S. 14:64.1(A), to run consecutively to the armed robbery sentence and to run concurrently with the illegal possession of a firearm sentence. The district court also ordered that the sentences imposed were to run concurrently

24-KH-525

with case numbers 17-2876 and 18-1569. As an appeal of relator's convictions and sentences was ultimately dismissed, relator's convictions and sentences were final as of April 1, 2019.

As an initial matter, while relator's request herein seeks to have this Court grant him *habeas corpus* relief that would allow him to assert a claim of factual innocence and be granted a contradictory hearing, we note that the record is devoid of any showing that relator first filed his request in the district court. Relator does not attach or reference any judgment issued by the district court pertaining to a factual innocence claim, and our review of the record indicates that no such filing was made. Moreover, there is no "judgment" or "ruling" from the district court for this Court to review. Nonetheless, comment (c) to La. C.Cr.P. art. 351 provides that *habeas corpus* relief is not available to contest the validity of a conviction or to have the sentence set aside. Rather, *habeas corpus* deals with pre-conviction complaints concerning custody. *See* La. C.Cr.P. art. 351.

In the instant case, relator was convicted and sentenced in 2019; thus, his request for *habeas corpus* relief is not the proper procedural device to assert a claim of factual innocence, which is properly asserted through a timely filed application for post-conviction relief. In that regard, relator is time-barred from filing such an application under La. C.Cr.P. art. 926.2, which governs claims of factual innocence, and La. C.Cr.P. art. 930.8(A)(1), which provides an exception to the general rule relating to the timeliness of filing applications seeking post-conviction relief when those applications assert a factual innocence claim. Specifically, as to those instances, the Article provides that if the defendant pled guilty to the offense of conviction, and five years or more have elapsed since the petitioner pled guilty to the offense of conviction, he *shall not* be eligible for the exception. More than five years have elapsed since relator pled guilty in April 2019, to armed robbery and illegal possession of a firearm. Any application for

2

post-conviction relief filed by relator making a claim of factual innocence is time-barred.

Pretermitting discussion of relator's failure to comply with the Uniform Rules–Courts of Appeal, Rules 4–1, 4–1.1, 4–2, and 4–5, which set forth the proper procedure in which to seek this Court's supervisory review, for the foregoing reasons, relator's request for *habeas corpus* relief is denied. Under the circumstances presented, relator is not entitled to the relief he seeks.

Gretna, Louisiana, this 8th day of November, 2024.

**SMC**
**JGG**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/08/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-525**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Hon. Lee V. Faulkner, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Elgigante Williams  (Relator)
Riverbend Detention Center
9450 Highway 65 South
Lake Providence, LA 71254